PER CURIAM.
Affirmed. Bailey v. Christo, 453 So.2d 1134 (Fla. 1st DCA 1984), review denied, 461 So.2d 113 (Fla.1985); Duvallon v. Duvallon, 409 So.2d 1162 (Fla. 3d DCA), review denied, 418 So.2d 1279 (Fla.1982); Northwestern Nat'l Ins. Co. v. Greenspun, 330 So.2d 561 (Fla. 3d DCA 1976). CAM Corp. v. Goldberger, 368 So.2d 56 (Fla. 4th DCA), cert. denied, 378 So.2d 343 (Fla.1979); Metropolitan Dade County v. Parkway Towers Condominium Ass’n, 281 So.2d 68 (Fla. 3d DCA 1973), cert. discharged, 295 So.2d 295 (Fla.1974).